FILED
OCT 31 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                               )<br>            Plaintiff,         )<br>                               )<br>vs.                            )<br>                               )<br>JUAN CARLOS CERVANTES-CORTEZ,  )<br>                               )<br>            Defendant.         )<br>_____) | Case No. 07-CR-2494-DMS (GT)<br><br>**ORDER AUTHORIZING RELEASE**<br>**OF MEDICAL RECORDS BY MCC** |

IT IS HEREBY ORDERED that the Metropolitan Correction Center shall release any and all medical records that it has on Juan Carlos Cervantes-Cortez, register number #37371-048, to Attorney Lynn H. Ball as early as it is convenient.

DATE: 10-31-07                    _____
                                  U.S. DISTRICT COURT JUDGE

## AUTHORIZATION TO RELEASE INFORMATION

To: Metropolitan Correction Center, medical Staff.

  I hereby authorize the above-named person or entity to release the information described herein to my attorney LYNN H. BALL, or any duly authorized agent of Lynn H. Ball, 1560 Scott Street, San Diego California 92106, 619-225-1914.

  I hereby request and authorize the release of any or all of the following records:

__✓__ Medical records, including the laboratory reports, chart notes, emergency room records, etc.

__✓__ Psychological and/or psychiatric records, including progress notes and reports and/or any other patient records.

_____ Employment records and/or time records.

__✓__ Laboratory results and test records.

__✓__ Medical reports, including medical history, findings, diagnosis and prognosis.

_____ X-ray plates and radiology records, scans, films, photos.

_____

_____

_____

  I hereby release the provider of the requested records from all legal liability that may arise from the release of this information by the party named above. A copy of this authorization shall be considered as effective and valid as the original.

Dated: 30 oct 07

_Juan Cervantes Cortez_
Person Authorizing Release
DOB: Juan Cervantes Cortez
S.S. #:

I, Tere Cox, translated the above document for mr. Cervantes.
30 oct 07

x _Tere Cox_
Tere Cox